UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

v.

PERO FAMILY FARMS FOOD
COMPANY, LLC,

    Defendant.
_____/

Case No. 1:23-cv-622

HON. JANE M. BECKERING

## ORDER

This is a civil action.  Plaintiff filed a Motion to Enforce Settlement Agreement (ECF No. 24).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 9, 2024 (ECF No. 28), recommending that this Court grant the motion and direct the parties to submit the fully-executed Consent Decree for entry by the Court.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 28) is APPROVED and ADOPTED as the Opinion of the Court.[1]

**IT IS FURTHER ORDERED** that the Motion to Enforce Settlement Agreement (ECF No. 24) is GRANTED.

---

[1] As the parties have already filed the executed proposed consent decree (ECF No. 29, corrected by ECF No. 30), there is no need to direct the parties to submit such a filing.

**IT IS FURTHER ORDERED** that, upon entry of the consent decree, this matter will be terminated.

Dated: September 24, 2024                              /s/ Jane M. Beckering
                                                                                    JANE M. BECKERING
                                                                                    United States District Judge